**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards           Date: May 23, 2013
Court Reporter: Gwen Daniel

**CASE NO**. 13-cv-00543-RM-MEH

| Parties | Counsel |
|---|---|
| ERICK ROGELIO NIETO BAQUERA,<br><br>      Petitioner,<br><br>v.<br><br>JOHN LONGSHORE, Field Office director, U.S. Immigration and Customs Enforcement,<br>JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security,<br>JOHN MORTON, Director, U.S. Immigration and Customs Enforcement, and<br>ERIC HOLDER, Attorney General, United States of America,<br><br>      Respondents. | Hans Christopher Meyer<br>Katherine Susan Speer<br><br><br><br>Timothy Bart Jafek |

**COURTROOM MINUTES**

**COURT IN SESSION**: **10:00 a.m.**
Court calls case. Appearances of counsel.

In Court Hearing called regarding Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief [Doc. No. 1, filed March 1, 2013] and Petitioner's Motion for Preliminary Injunction [Doc. No. 12, filed March 29, 2013].

Court's opening remarks.

10:05 a.m.     Oral argument on behalf of Petitioner made by Ms. Speer.

10:24 a.m.     Oral argument on behalf of Respondents made by Mr. Jafek.

It is **ORDERED**:     Petition for Writ of Habeas Corpus [1] and Petitioner's Motion for Preliminary Injunction [12] are **TAKEN UNDER ADVISEMENT** as stated on the record.

**COURT IN RECESS**: **10:47 a.m.**
**Total in court time:** 00:47
**Hearing concluded**.